Richard J. Reynolds (SBN 89911)
E-mail: rreynolds@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS
(erroneously named herein as TRUSTEE CORPS)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. PELLEGRINI and LORIBETH B. PELLIGRINI,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-AR8;TRUSTEE CORPS, business form unknown; and AND DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:16-cv-02214-JAM-KJN<br><br>**STIPULATION OF DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS AND PLAINTIFFS TO EXTEND TIME TO RESPOND TO COMPLAINT TO DATE AFTER HEARING OF PLAINTIFF'S MOTION TO REMAND; ORDER**<br><br>Complaint Filed: 07/15/16<br>Trial Date:      None |

   WHEREAS, Plaintiffs Timothy J. Pellegrini and Loribeth B. Pellegrini (collectively, "Plaintiffs") filed their operative Complaint ("Complaint") on July 15, 2016 in the Superior Court of the State of California in and for the County of Sacramento.

   WHEREAS, Plaintiffs served the Complaint on September 15, 2016 on Defendant MTC Financial Inc. dba Trustee Corps ("Trustee Corps").

///

///

1    WHEREAS, on September 16, 2016, Defendants JPMorgan Chase Bank, N.A. and Deutsche Bank National Trust Company as Trustee for WaMu Mortgage Pass-Through Certificates Series 2003-AR8 (collectively, "JPMorgan Defendants") filed a Notice of Removal (Doc. #1) removed this case from the Sacramento Superior Court to this United States District Court in and for the Eastern District of California.

WHEREAS, on or about October 17, 2016, Plaintiffs filed a Motion to Remand (Doc. #6) ("Motion to Remand") requesting that the case be remanded back to Sacramento Superior Court, with the Motion to Remand being set for hearing in this Court on December 13, 2016, at 1:30 p.m.

WHEREAS, on or about October 19, 2016, Plaintiffs and Trustee Corps, by and through their attorneys of record, filed a Stipulation (Doc. #9) pursuant to L.R. 144(a) to automatically extend the time by 28-days for Trustee Corps to file a responsive pleading to the Complaint by November 3, 2016.

WHEREAS, based on the current responsive pleading deadline of November 3, 2016, any Motion to Dismiss by Trustee Corps will need to be filed and opposed before the hearing of the Motion to Remand on December 13, 2016.

WHEREAS, if the Motion to Remand is granted, any such Motion to Dismiss may be rendered moot before it is heard.

WHEREAS, in addition to avoiding the waste of valuable judicial resources, the parties would like to avoid the necessity and expense of having to prepare and oppose a Motion to Dismiss that may be rendered moot.

WHEREAS, this is the *second* extension between Plaintiffs and Trustee Corps to extend the time for Trustee Corps to file a responsive pleading to the Complaint.

///
///
///

WHEREFORE, Plaintiffs and Trustee Corps, by and through their attorneys of record, hereby stipulate and request that the time for Trustee Corps to file a responsive pleading to the Complaint be extended to and including **December 20, 2016**, being seven days after the hearing of Plaintiffs' Motion to Remand which is currently set for December 13, 2016.

Dated:  November 1, 2016        BURKE, WILLIAMS & SORENSEN, LLP


By:  /s/ Martin Kosla
    Richard J. Reynolds
    Martin Kosla
    Attorneys for Defendant
    MTC FINANCIAL INC. dba TRUSTEE CORPS

Dated:  November 1, 2016        UNITED LAW CENTER


By:  /s/ Danny A. Barak
    Stephen J. Foondos
    Danny A. Barak
    Attorneys for Plaintiffs
    TIMOTHY J. PELLEGRINI and
    LORIBEITH B. PELLEGRINI

# **ORDER**

THE PARTIES HAVING STIPULATED THERETO AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the time for Trustee Corps to file a responsive pleading to the Complaint is extended to and including **December 20, 2016**, being seven days after the hearing of Plaintiffs' Motion to Remand currently set for December 13, 2016.

IT IS SO ORDERED:

DATED:   11/2/2016

/s/ John A. Mendez_____
United States District Court Judge