Richard J. Reynolds (SBN 89911)
E-mail: rreynolds@bwslaw.com
Martin Kosla (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363  Fax: 949.863.3350

Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS
(erroneously named herein as TRUSTEE CORPS)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. PELLEGRINI and LORIBETH B. PELLIGRINI,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-AR8;TRUSTEE CORPS, business form unknown; and AND DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:16-cv-02214-JAM-KJN<br><br>**STIPULATION OF DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS AND PLAINTIFFS TO EXTEND TIME TO RESPOND TO COMPLAINT TO DATE AFTER HEARING OF PLAINTIFFS' RE-FILED MOTION TO REMAND; ORDER**<br><br>Complaint Filed: 07/15/16<br>Trial Date:       None |

WHEREAS, Plaintiffs Timothy J. Pellegrini and Loribeth B. Pellegrini (collectively, "Plaintiffs") filed their operative Complaint ("Complaint") on July 15, 2016 in the Superior Court of the State of California in and for the County of Sacramento.

WHEREAS, Plaintiffs served the Complaint on September 15, 2016 on Defendant MTC Financial Inc. dba Trustee Corps ("Trustee Corps").

///

1  WHEREAS, on September 16, 2016, Defendants JPMorgan Chase Bank,
2  N.A. and Deutsche Bank National Trust Company as Trustee for WaMu Mortgage
3  Pass-Through Certificates Series 2003-AR8 (collectively, "JPMorgan Defendants")
4  filed a Notice of Removal (Doc. #1) removed this case from the Sacramento
5  Superior Court to this United States District Court in and for the Eastern District of
6  California.

7  WHEREAS, on or about October 17, 2016, Plaintiffs filed a Motion to
8  Remand (Doc. #6) ("Motion to Remand") requesting that the case be remanded
9  back to Sacramento Superior Court, with the Motion to Remand being set for
10 hearing in this Court on December 13, 2016, at 1:30 p.m.

11 WHEREAS, on or about October 19, 2016, Plaintiffs and Trustee Corps filed
12 a Stipulation (Doc. #9) pursuant to L.R. 144(a) to automatically extend the time by
13 28-days for Trustee Corps to file a responsive pleading to the Complaint by
14 November 3, 2016.

15 WHEREAS, on or about November 1, 2016, Plaintiffs and Trustee Corps
16 filed a Stipulation and proposed Order (Doc. #10) to automatically extend the time
17 for Trustee Corps to file a responsive pleading to the Complaint to December 20,
18 2016, being seven days after the hearing of the Motion to Remand.

19 WHEREAS, on or about November 2, 2016, the Court granted Plaintiffs and
20 Trustee Corps' Stipulation and signed the proposed Order (Doc. #11).

21 WHEREAS, on or about November 29, 2016, the Court dismissed without
22 prejudice the Motion to Remand and vacated the December 13, 2016 hearing (Doc.
23 #14).

24 WHEREAS, today, Plaintiffs are concurrently re-filing their Motion to
25 Remand, which will be heard on February 7, 2017.

26 WHEREAS, Trustee Corps intends to file a Motion to Dismiss the
27 Complaint.

28 ///

WHEREAS, if the re-filed Motion to Remand is granted, Trustee Corps' Motion to Dismiss may be rendered moot before it is heard.

WHEREAS, in addition to avoiding the waste of valuable judicial resources, the parties would like to avoid the necessity and expense of having to prepare and oppose a Motion to Dismiss that may be rendered moot.

WHEREAS, this is the *third* extension between Plaintiffs and Trustee Corps to extend the time for Trustee Corps to file a responsive pleading to the Complaint.

WHEREFORE, Plaintiffs and Trustee Corps, by and through their attorneys of record, hereby stipulate and request that the time for Trustee Corps to file a responsive pleading to the Complaint be extended to and including **February 14, 2017**, being seven days after the hearing of Plaintiffs' re-filed Motion to Remand currently set for February 7, 2017.

Dated: December 20, 2016         BURKE, WILLIAMS & SORENSEN, LLP

By: /s/Martin Kosla
Richard J. Reynolds
Martin Kosla
Attorneys for Defendant
MTC FINANCIAL INC. dba TRUSTEE CORPS

Dated: December 20, 2016         UNITED LAW CENTER

By: /s/Danny A. Barak
Stephen J. Foondos
Danny A. Barak
Attorneys for Plaintiffs
TIMOTHY J. PELLEGRINI and
LORIBEITH B. PELLEGRINI

# **ORDER**

THE PARTIES HAVING STIPULATED THERETO AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the time for Trustee Corps to file a responsive pleading to the Complaint is extended to and including **February 14, 2017**, being seven days after the hearing of Plaintiffs' re-filed Motion to Remand currently set for February 7, 2017.

IT IS SO ORDERED:

DATED: 12/20/2016

/s/ John A. Mendez
JUDGE OF THE UNITED STATES DISTRICT COURT