STEPHEN J. FOONDOS (SBN:148982)
DANNY A. BARAK (SBN: 252066)
**UNITED LAW CENTER**
1390 Lead Hill Blvd.
Roseville, CA 95661
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs,
TIMOTHY J. PELLEGRINI and LORIBETH B. PELLEGRINI

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. PELLEGRINI and LORIBETH B. PELLEGRINI, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-AR8; TRUSTEE CORPS, business form unknown; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:16-cv-02214-JAM-KJN <br><br> **ORDER MODIFYING NOVEMBER 16, 2016 ORDER REQUIRING JOINT STATUS REPORT** <br><br> **Complaint Filed:**  July 15, 2016 <br> **Action Removed:**   September 16, 2016 <br> **Trial Date:**        None |

GOOD CAUSE APPEARING, and pursuant to the Stipulation between Plaintiffs TIMOTHY J. PELLEGRINI and LORIBETH B. PELLEGRINI (hereinafter, "Plaintiffs") and Defendants JPMORGAN CHASE BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-AR8, and MTC FINANCIAL INC. dba TRUSTEE CORPS, the Court's Order entered on November 16, 2016, is hereby modified as follows:

The Parties shall confer (per Fed. R Civ. P 26(f)) and prepare and submit to the Court a joint status report, which shall include a Rule 26(f) discovery plan, no later than twenty-one (21) days following the date of this Court's Order on Plaintiffs' Motion to Remand filed on December 20, 2016.

IT IS SO ORDERED.

DATED: 12/20/2016                              /s/ John A. Mendez_____
                                               UNITED STATES DISTRICT COURT JUDGE

*Pellegrini v. JPMorgan Chase Bank, N.A., et al.*
*United States District Court – Eastern District – Sacramento Division*
CASE NO.:  2:16-cv-02214-JAM-KJN

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 years and not a party to this action.  This **[PROPOSED] ORDER MODIFYING NOVEMBER 16, 2016 ORDER REQUIRING JOINT STATUS REPORT** filed through the ECF system was previously sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the 20th day of December, 2016.

                      UNITED LAW CENTER
                      A Professional Law Corporation


By:     /S/ Jules Tran_____
        Jules Tran, Paralegal