# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY J. PELLEGRINI and LORIBETH B. PELLEGRINI;<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICIATES SERIES 2003-AR8; TRUSTEE CORPS, business form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO.:** 2:16-cv-02214-JAM-KJN<br><br>**JUDGE:**  Hon. John A. Mendez<br><br>**ORDER** |

**IT IS ORDERED THAT:**

The civil case is hereby remanded to the Superior Court of California.

DATED:  January 27, 2017

/s/JOHN A. MENDEZ
HON. JOHN A. MENDEZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28